11/27/2006  23:42   6192557358          LAWOFC PHILIP ASIANO                    PAGE  02

11/24/2006  00:31   6192557358          LAWOFC PHILIP ASIANO              PAGE  02

**RECEIVED**

NOV 28 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**

NOV 29 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  PHILIP L. ASIANO SBN 124287
   LAW OFFICE OF PHILIP L. ASIANO, PC
2  P.O. BOX 121937
   SAN DIEGO, CALIFORNIA 92112-1937
3  VOICE: 619-231-6579
   FAX:  619-255-7358
4
5  PATRICK E. CATALANO, SBN 60774
   LAW OFFICES OF PATRICK E. CATALANO, P.C.
6  1 EMBARCADERO CENTER, SUITE 1310
   SAN FRANCISCO, CALIFORNIA 94111
7  VOICE (415) 788-0207
   FAX (415) 447-0066
8

Submitting Counsel are directed to serve this
order upon all other parties in this action.

9
10
11
           UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

12  THE TISCHER COMPANY, a California

    Corporation
13
                                          Case No.: C 06-02372 SBA
14         Plaintiff,
                                          REQUEST FOR APPROVAL OF
                                          SUBSTITUTION OF ATTORNEY
15      vs.
16  ROBERTSON STEVENS, INC. et al.
17         Defendants

18  Plaintiff, THE TISCHER COMPANY, a California Corporation, in pro per hereby requests the

19  Court approve the substitution of Law Office of Philip L. Asiano, PC and LAW OFFICES OF

20  PATRICK E. CATALANO, P.C. as attorneys of record for Plaintiff in Plaintiff's place and

21  stead. THE TISCHER COMPANY hereby consents to this substitution.

22  Dated: November 22, 2006

23                                        George Tischer for THE TISCHER
                                          COMPANY, Plaintiff
24  ////
    ///
25  //

**BY FAX**

                   1
        REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

1 | I consent to the above substitution.

2 | November 22, 2006

3 |

| Philip L. Asiano
4 | Law Office of Philip L. Asiano Professional
| Corporation

5 |

6 | I am duly admitted to practice in this District pursuant to Local Rule 11.1 and I consent to the

7 | above substitution.

8 | November 22, 2006

9 |

| Patrick E. Catalano
10 | Law Office of Patrick E. Catalano Professional
| Corporation

11 |

12 | **IT IS SO ORDERED.**

13 |

14 | *11-29-06*

15 | Date                Judge of the District Court

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

**2**
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY