**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| THE TISCHER COMPANY, a California Corporation,<br><br>            Plaintiff,<br><br>   v.<br><br>ROBERTSON STEVENS, INC., a Massachusetts Company, *et al.*,<br><br>            Defendants. | No.  C 06-02372 SBA<br><br>**ORDER** |

As plaintiff and defendant Robertson Stevens, Inc. stipulated to arbitration, on April 16, 2007, *see* Docket No. 24, the parties are directed to provide status reports to the Court, every 90 calendar days, with the first report due on July 16, 2008.

IT IS SO ORDERED.

July 1, 2008

_____
Saundra Brown Armstrong
United States District Judge