| | |
|---|---|
| 1 | PHILIP A. MCLEOD, CASB NO. 101101 |
| | NICOLE S. BUSSI, CASB NO. 252763 |
| 2 | KEESAL, YOUNG & LOGAN |
| | A Professional Corporation |
| 3 | Four Embarcadero Center, Suite 1500 |
| | San Francisco, California 94111 |
| 4 | Telephone:   (415) 398-6000 |
| | Facsimile:   (415) 981-0136 |
| 5 | |
| | Attorney for Defendant |
| 6 | ROBERTSON STEPHENS, INC. |
| 7 | |
| | PHILIP L. ASIANO, CASB NO. 124287 |
| 8 | LAW OFFICE OF PHILIP L. ASIANO |
| | P.O. Box 121937 |
| 9 | San Diego, CA 92112-1937 |
| | Telephone:   (619) 231-6579 |
| 10 | Facsimile:   (619) 255-7358 |
| 11 | Attorneys for Plaintiff |
| | THE TISCHER COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE TISCHER COMPANY, | ) | Case No. C 06 2372 SBA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION RE: DISMISSAL OF** |
| vs. | ) | **CASE AND ORDER THEREON** |
| | ) | |
| ROBERTSON STEPHENS, INC., a Massachusetts company, SAM RESHWAN, a Mr. HAITHCOCK and a Mr. BROCKHOFF, HAMBRECHT & QUIST, CHASE INVESTMENT SERVICES, INC., JP MORGAN-CHASE, CHASE MANHATTAN BANK, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by and between Plaintiff THE TISCHER COMPANY ("Plaintiff") and Defendant ROBERTSON STEPHENS, INC. ("Robertson Stephens") (collectively referred to herein as "the Parties") through their attorneys of

- 1 -                                                                                          SF463789

STIPULATION AND ORDER REGARDING DISMISSAL- CASE NO. C 06 2372 SBA

1  record that the above-captioned action be and hereby is dismissed with prejudice
2  pursuant to Fed. Rule Civ. Proc. 41(a)(1).
3      IT IS STIPULATED AND AGREED that an Order may be entered
4  dismissing with prejudice the above-captioned action.

DATED: July ___, 2008

PHILIP L. ASIANO
LAW OFFICE OF PHILIP L. ASIANO
Attorneys for Plaintiff
THE TISCHER COMPANY

DATED: July ___, 2008

PHILIP A. MCLEOD
NICOLE S. BUSSI
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
ROBERTSON STEPHENS, INC.

| | |
|---|---|
| 1 | |
| 2 | **ORDER** |
| 3 | Upon the stipulation of the Parties and good cause appearing therefore, IT IS |
| 4 | ORDERED that the above-captioned action is dismissed with prejudice. |

Dated: 7/16/08

_____
UNITED STATES DISTRICT JUDGE