PHILIP A. MCLEOD, CASB NO. 101101
NICOLE S. BUSSI, CASB NO. 252763
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorney for Defendant
ROBERTSON STEPHENS, INC.


PHILIP L. ASIANO, CASB NO. 124287
LAW OFFICE OF PHILIP L. ASIANO
P.O. Box 121937
San Diego, CA 92112-1937
Telephone:   (619) 231-6579
Facsimile:   (619) 255-7358

Attorneys for Plaintiff
THE TISCHER COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TISCHER COMPANY, | Case No. C 06 2372 SBA |
| Plaintiff, | |
| vs. | **STIPULATION RE: DISMISSAL OF CASE AND ORDER THEREON** |
| ROBERTSON STEPHENS, INC., a Massachusetts company, SAM RESHWAN, a Mr. HAITHCOCK and a Mr. BROCKHOFF, HAMBRECHT & QUIST, CHASE INVESTMENT SERVICES, INC., JP MORGAN-CHASE, CHASE MANHATTAN BANK, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff THE TISCHER COMPANY ("Plaintiff") and Defendant ROBERTSON STEPHENS, INC. ("Robertson Stephens") (collectively referred to herein as "the Parties") through their attorneys of

- 1 -

1  record that the above-captioned action be and hereby is dismissed with prejudice
2  pursuant to Fed. Rule Civ. Proc. 41(a)(1).
3      IT IS STIPULATED AND AGREED that an Order may be entered
4  dismissing with prejudice the above-captioned action.

7  DATED: July ___, 2008

PHILIP L. ASIANO
LAW OFFICE OF PHILIP L. ASIANO
Attorneys for Plaintiff
THE TISCHER COMPANY

13  DATED: July ___, 2008

PHILIP A. MCLEOD
NICOLE S. BUSSI
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
ROBERTSON STEPHENS, INC.

## ORDER

Upon the stipulation of the Parties and good cause appearing therefore, IT IS ORDERED that the above-captioned action is dismissed with prejudice.

Dated: 7/16/08

_____
UNITED STATES DISTRICT JUDGE