```
 1  PHILIP A. MCLEOD, CASB NO. 101101
    NICOLE S. BUSSI, CASB NO. 252763
 2  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 3  Four Embarcadero Center, Suite 1500
    San Francisco, California 94111
 4  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 5
    Attorney for Defendant
 6  ROBERTSON STEPHENS, INC.

 7
    PHILIP L. ASIANO, CASB NO. 124287
 8  LAW OFFICE OF PHILIP L. ASIANO
    P.O. Box 121937
 9  San Diego, CA 92112-1937
    Telephone:  (619) 231-6579
10  Facsimile:  (619) 255-7358

11  Attorneys for Plaintiff
    THE TISCHER COMPANY
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE TISCHER COMPANY,                                    | ) Case No. C 06 2372 SBA |
|---------------------------------------------------------|--------------------------|
|                                         Plaintiff,      | )                        |
|                                                         | ) **STIPULATION RE: DISMISSAL OF CASE AND [PROPOSED] ORDER THEREON** |
|                           vs.                           | )                        |
| ROBERTSON STEPHENS, INC., a Massachusetts company, SAM RESHWAN, a Mr. HAITHCOCK and a Mr. BROCKHOFF, HAMBRECHT & QUIST, CHASE INVESTMENT SERVICES, INC., JP MORGAN-CHASE, CHASE MANHATTAN BANK, | )                        |
|                                         Defendants.    | )                        |

IT IS HEREBY STIPULATED by and between Plaintiff THE TISCHER COMPANY ("Plaintiff") and Defendant ROBERTSON STEPHENS, INC. ("Robertson Stephens") (collectively referred to herein as "the Parties") through their attorneys of

- 1 -

1  record that Defendants ROBERT STEPHENS, INC., a Massachusetts company, SAM
2  RESHWAN, Mr. HAITHCOCK and Mr. BROCKHOFF in the above-captioned action be
3  and hereby are dismissed with prejudice pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(i)
4  or 41(a)(2) and that the above-captioned action continue as to all other parties given that
5  the parties seeking to be dismissed have settled the case with Plaintiff.

      IT IS STIPULATED AND AGREED that an Order may be entered dismissing with prejudice Defendants ROBERTSON STEPHENS, INC. a Massachusetts company, SAM RESHWAN, Mr. HAITHCOCK and Mr. BROCKHOFF from the above-captioned action and that the action continue as to all other parties.

DATED: July ___, 2008

/s/ Philip Asiano
PHILIP L. ASIANO
LAW OFFICE OF PHILIP L. ASIANO
Attorneys for Plaintiff
THE TISCHER COMPANY

DATED: July ___, 2008

/s/ Nicole Bussi
PHILIP A. MCLEOD
NICOLE S. BUSSI
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
ROBERTSON STEPHENS, INC.

# [PROPOSED] ORDER

Upon the stipulation of the Parties and good cause appearing therefore, IT IS ORDERED that the above-captioned action is dismissed with prejudice.

Dated: __7/16_____, 2008            _____*Sandra B Armstrong*_____
                                          UNITED STATES DISTRICT JUDGE