1  PHILIP A. MCLEOD, CASB NO. 101101
   NICOLE S. BUSSI, CASB NO. 252763
2  KEESAL, YOUNG & LOGAN
   A Professional Corporation
3  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
4  Telephone:   (415) 398-6000
   Facsimile:   (415) 981-0136
5
   Attorney for Defendant
6  ROBERTSON STEPHENS, INC.

7
   PHILIP L. ASIANO, CASB NO. 124287
8  LAW OFFICE OF PHILIP L. ASIANO
   P.O. Box 121937
9  San Diego, CA 92112-1937
   Telephone:   (619) 231-6579
10 Facsimile:   (619) 255-7358

11 Attorneys for Plaintiff
   THE TISCHER COMPANY
12

13

14             UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16

17 THE TISCHER COMPANY,              )  Case No. C 06 2372 SBA
                                     )
18                      Plaintiff,   )
                                     )  **STIPULATION RE: DISMISSAL OF**
19            vs.                    )  **CASE AND  ORDER THEREON**
                                     )
20 ROBERTSON STEPHENS, INC., a       )
   Massachusetts company, SAM        )
21 RESHWAN, a Mr. HAITHCOCK and  a   )
   Mr. BROCKHOFF, HAMBRECHT &        )
22 QUIST, CHASE INVESTMENT           )
   SERVICES, INC., JP MORGAN-CHASE,  )
23 CHASE MANHATTAN BANK,             )
                                     )
24                      Defendants.  )
                                     )
25

26

27        IT IS HEREBY STIPULATED by and between Plaintiff THE TISCHER

28 COMPANY ("Plaintiff") and Defendant ROBERTSON STEPHENS, INC. ("Robertson

   Stephens") (collectively referred to herein as "the Parties") through their attorneys of

                                    - 1 -                        SF463789

STIPULATION AND ORDER REGARDING DISMISSAL- CASE NO. C 06 2372 SBA

1    record that Defendants ROBERT STEPHENS, INC., a Massachusetts company, SAM

2    RESHWAN, Mr. HAITHCOCK and Mr. BROCKHOFF in the above-captioned action be

3    and hereby are dismissed with prejudice pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(i)

4    or 41(a)(2) and that the above-captioned action continue as to all other parties given that

5    the parties seeking to be dismissed have settled the case with Plaintiff.

6             IT IS STIPULATED AND AGREED that an Order may  be entered

7    dismissing with prejudice Defendants ROBERTSON STEPHENS, INC. a Massachusetts

8    company, SAM RESHWAN, Mr. HAITHCOCK and Mr. BROCKHOFF from the above-

9    captioned action and that the action continue as to all other parties.

10

11

12   DATED:  July ___, 2008            '/s/ Philip Asiano
                                       PHILIP L. ASIANO
                                       LAW OFFICE OF PHILIP L. ASIANO
13                                     Attorneys for Plaintiff
                                       THE TISCHER COMPANY
14

15

16

17
                                       '/s/ Nicole Bussi
     DATED:  July ___, 2008            PHILIP A. MCLEOD
18                                     NICOLE S. BUSSI
                                       KEESAL, YOUNG & LOGAN
19                                     Attorneys for Defendant
                                       ROBERTSON STEPHENS, INC.
20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING DISMISSAL- CASE NO. C 06 2372 SBA

1

## ORDER

2

Upon the stipulation of the Parties and good cause appearing therefore, IT IS

3

4

ORDERED that Defendants ROBERT STEPHENS, INC., a Massachusetts company,

5

SAM RESHWAN, Mr. HAITHCOCK and Mr. BROCKHOFF are dismissed with

6

prejudice and that the above-captioned action shall continue as to all other parties.

7

Dated: 7/16/08

8



UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -                                                                     SF463789

STIPULATION AND ORDER REGARDING DISMISSAL- CASE NO. C 06 2372 SBA